# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE, on behalf of themselves and all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>CAREMARK, L.L.C.;<br>FISERV, INC.;<br>FISERV SOLUTIONS, LLC; and DEFENDANTS DOES 1–10,<br><br>*Defendants.* | Case No. 2:18-cv-238<br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br>CAREMARK, L.L.C.,<br><br>*Defendant.* | Case No. 2:18-cv-488<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

## JOINT NOTICE OF CLASS SETTLEMENT

Plaintiffs and Defendants hereby jointly inform the Court that after an all-day mediation on May 9 with Hon. Morton Denlow (ret.) of JAMS, Plaintiffs and Caremark reached an agreement as to the core terms of a class action settlement that will resolve all claims against all Defendants and executed a term sheet. After the parties have finalized the remaining details and terms, they will then execute a formal, comprehensive class action settlement agreement. Plaintiffs intend to file their Motion for Preliminary Approval of the settlement no later than July 1, 2019.

Dated:  May 15, 2019 Respectfully submitted,

By:   /s/ *Michael J. Boyle, Jr.*

MEYER WILSON CO., LPA
David P. Meyer (0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (0091162)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 819-8230

LAMBERT LAW FIRM, LLC
Marnie C. Lambert (0073054)
4889 Sawmill Road, Suite 125
Columbus, OH 43235
Telephone:  (888) 203-7833
Facsimile:  (888) 386-3098

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (*pro hac vice*)
Email: lking@kaplanfox.com
Matthew B. George (*pro hac vice*)
Email: mgeorge@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

Joel B. Strauss (admitted *pro hac vice*)
850 Third Aveneue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  jstrauss@kaplanfox.com

*Attorneys for Plaintiff John Doe and the Proposed Class*

2

By: /s/ *Henry Quillen (per email authoritzation)*

WHATLEY KALLAS LLP
HENRY QUILLEN (admitted *pro hac vice*)
JOE R. WHATLEY (admitted *pro hac vice*)
EDITH M. KALLAS (admitted *pro hac vice*)
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Fax: (800) 922-4851
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

ALAN M. MANSFIELD (admitted *pro hac vice*)
206 Park Blvd. Suite 603
San Diego, CA 92101
Telephone: (858) 674-6641
Fax: (855) 274-1888
amansfield@whatleykallas.com

Terry L. Kilgore
1113 Northridge Oval, Bldg.13
Brooklyn, OH 44144-3262
Telephone: (614) 648-6009
Fax: (216) 600-5494
tksquire13@gmail.com

Benjamin R. Powell (admitted *pro hac vice*)
Gerald S. Flanagan (admitted *pro hac vice*)
CONSUMER WATCHDOG
6330 San Vicente Blvd., Ste. 250
Los Angeles , CA  90048
Telephone:  310-392-0522
Fax: 310-392-8874
Email:Ben@consumerwatchdog.Org
Email:Jerry@consumerwatchdog.Org

*Attorneys for Plaintiffs John Doe One, Two, Three and the Proposed Class*

3

By:   /s/ *Donald M. Houser (per email authorization)*

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
Matthew L.J.D. Dowell (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: 404-881-7434
Fax: 404-881-7777
kristy.brown@alston.com
donald.houser@alston.com
matt.dowell@alston.com

Robert G. Cohen (0041707)
KEGLER BROWN HILL + RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Phone: 615-462-5492
Fax: 614-462-2634
rcohen@keglerbrown.com

*Attorneys for Caremark, L.L.C.*

By:   /s/ *Megan Poetzel (per email authorization)*

John H. Mathias, Jr. (admitted pro hac vice)
David M. Kroeger (admitted pro hac vice)
Megan B. Poetzel (admitted pro hoc vice)
Jory M. Hoffman (admitted pro hoc vice)
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
Telephone: 312.222.9350
Facsimile: 312.527.0484
E-mail: jmathiasjenner.corn
dkroegerjenner.com
mpoetzeljenner,com

James B. Hadden (0059315)
Murray Murphy Moul ± Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: hadden@mmmb.com

*Attorneys for Defendants Fiserv, Inc. and Fiserv Solutions, LLC*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via the Court's ECF system and was thereby served on all parties.

By: /s/ *Michael J. Boyle, Jr.*
Michael J. Boyle, Jr.

*One of the Attorneys for Plaintiffs*