IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; and JOHN DOE FOUR, on behalf of themselves and all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>CAREMARK, L.L.C.; FISERV, INC.; FISERV SOLUTIONS, LLC; and DEFENDANTS DOES 1–10,<br><br>*Defendants*. | Case No. 2:18-cv-238<br>Case No. 2:18-cv-00488<br>**(Consolidated for all purposes)**<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL**

Plaintiffs hereby move the Court for an extension of time for Plaintiffs to file their Motion for Preliminary Approval of the Class Settlement until September 5, 2019, and show as follows:

1. On May 17, 2019, Plaintiffs and Defendants jointly informed the Court that Plaintiffs and Caremark reached an agreement as to the core terms of a class action settlement that will resolve all claims against all Defendants and executed a term sheet, and requested a deadline of July 1, 2019 to move for Preliminary Approval.  *See* ECF No. 82.

2. On July 1, 2019, Plaintiffs filed an unopposed motion for extension of time to file their motion for preliminary approval.  *See* ECF No. 83.  The Court granted the motion and extended Plaintiffs' deadline to move for preliminary approval until August 16, 2019.  *See* ECF No. 84.

3. Plaintiffs and Defendants have made substantial progress towards finalizing the settlement and the framework for administering the settlement, including the requirements of Federal Rule of Civil Procedure 23(e).  Plaintiffs and Defendants have: (a) exchanged multiple

1

drafts of the proposed settlement agreement; (b) exchanged drafts of multiple ancillary documents (e.g., the draft preliminary approval order and notice of settlement); (c) engaged in numerous and extensive discussions regarding the process and procedures for effectuating the proposed settlement in a manner that is efficient and complies with HIPAA and Ohio medical privacy requirements; and (d) selected a proposed settlement administrator with whom the Plaintiffs and Caremark have held numerous discussions regarding the proposed administration of the settlement.

4. Additional time is needed to finalize the settlement, motion for preliminary approval, and other related documents. Plaintiffs respectfully request that the Court grant an extension of Plaintiffs' deadline to move for Preliminary Approval to September 5, 2019.

5. Plaintiffs have met-and-conferred with counsel for all Defendants and none oppose the extension.

Dated: August 14, 2019

Respectfully submitted,

By: /s/ *Matthew R. Wilson*

MEYER WILSON CO., LPA
David P. Meyer (0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (0091162)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 819-8230

LAMBERT LAW FIRM, LLC
Marnie C. Lambert (0073054)
4889 Sawmill Road, Suite 125
Columbus, OH 43235
Telephone:  (888) 203-7833
Facsimile:  (888) 386-3098

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (*pro hac vice*)
Email: lking@kaplanfox.com
Matthew B. George (*pro hac vice*)
Email: mgeorge@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

Joel B. Strauss (admitted *pro hac vice*)
850 Third Aveneue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  jstrauss@kaplanfox.com

*Attorneys for Plaintiff John Doe and the Proposed Class*

3

By:   /s/ *Henry Quillen (per email authorization)*

WHATLEY KALLAS LLP
HENRY QUILLEN (admitted *pro hac vice*)
JOE R. WHATLEY (admitted *pro hac vice*)
EDITH M. KALLAS (admitted *pro hac vice*)
152 West 57th Street
41st Floor
New York, NY 10019
Telephone: (212) 447-7060
Fax: (800) 922-4851
hquillen@whatleykallas.com
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

ALAN M. MANSFIELD (admitted *pro hac vice*)
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6641
Fax: (855) 274-1888
amansfield@whatleykallas.com

Terry L. Kilgore
1113 Northridge Oval, Bldg.13
Brooklyn, OH 44144-3262
Telephone: (614) 648-6009
Fax: (216) 600-5494
tksquire13@gmail.com

Benjamin R. Powell (admitted *pro hac vice*)
Gerald S. Flanagan (admitted *pro hac vice*)
CONSUMER WATCHDOG
6330 San Vicente Blvd., Ste. 250
Los Angeles , CA  90048
Telephone:  310-392-0522
Fax: 310-392-8874
Email:Ben@consumerwatchdog.Org
Email:Jerry@consumerwatchdog.Org

*Attorneys for Plaintiffs John Doe One, Two, Three and the Proposed Class*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via the Court's ECF system and was thereby served on all parties.

By: /s/ *Matthew R. Wilson*
Matthew R. Wilson

*One of the Attorneys for Plaintiffs*