IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; and JOHN DOE FOUR, on behalf of themselves and all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>CAREMARK, L.L.C.; FISERV, INC.; FISERV SOLUTIONS, LLC; and DEFENDANTS DOES 1–10,<br><br>*Defendants.* | Case No. 2:18-cv-238<br>Case No. 2:18-cv-00488<br>**(Consolidated for all purposes)**<br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Chelsey M. Vascura |

**JOINT MOTION FOR SHORT EXTENSION OF TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL**

The parties hereby jointly move the Court for an extension of four business days for Plaintiffs to file their Motion for Preliminary Approval of the Class Settlement from today, September 5, 2019, until September 11, 2019.  In support of such motion, they show as follows:

1. On May 17, 2019, Plaintiffs and Defendants jointly informed the Court that Plaintiffs and Caremark reached an agreement as to the core terms of a class action settlement that will resolve all claims against all Defendants and executed a term sheet, and requested a deadline of July 1, 2019 to move for Preliminary Approval.  *See* ECF No. 82.

2. On July 1, 2019, Plaintiffs filed an unopposed motion for extension of time to file their motion for preliminary approval.  *See* ECF No. 83.  The Court granted the motion and extended Plaintiffs' deadline to move for preliminary approval until August 16, 2019.  *See* ECF No. 84.  On August 14, 2019, Plaintiff filed a second unopposed motion for extension of time, seeking an extension to September 5, 2019.  *See* ECF No. 85.  The Court granted that motion as well.  *See* ECF No. 86.

1

3. The parties have worked diligently to resolve numerous issues related to the settlement and the plan for notice to the class members; they have now finalized the terms of the written settlement agreement. They are reviewing the settlement documentation to make any final conforming changes, and they will work to obtain the necessary signatures quickly. The parties do not believe that all needed signatures will be obtained in time as to meet the filing deadline of today, September 5. Although the parties respectfully request that the Court grant a short extension of four business days, to Wednesday, September 11, 2019, they intend to file the motion as soon as possible.

Dated: September 5, 2019                     Respectfully submitted,

By:  /s/ *Michael J. Boyle, Jr.*

MEYER WILSON CO., LPA
David P. Meyer (0065205)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (0091162)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 819-8230

LAMBERT LAW FIRM, LLC
Marnie C. Lambert (0073054)
4889 Sawmill Road, Suite 125
Columbus, OH 43235
Telephone:  (888) 203-7833
Facsimile:  (888) 386-3098

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (*pro hac vice*)
Email: lking@kaplanfox.com
Matthew B. George (*pro hac vice*)
Email: mgeorge@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

Joel B. Strauss (admitted *pro hac vice*)
850 Third Aveneue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  jstrauss@kaplanfox.com

*Attorneys for Plaintiff John Doe and the Proposed Class*

3

By: /s/ *Henry Quillen (per email authorization)*

WHATLEY KALLAS LLP
HENRY QUILLEN (admitted *pro hac vice*)
JOE R. WHATLEY (admitted *pro hac vice*)
EDITH M. KALLAS (admitted *pro hac vice*)
152 West 57th Street
41st Floor
New York, NY 10019
Telephone: (212) 447-7060
Fax: (800) 922-4851
hquillen@whatleykallas.com
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

ALAN M. MANSFIELD (admitted *pro hac vice*)
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6641
Fax: (855) 274-1888
amansfield@whatleykallas.com

Terry L. Kilgore
1113 Northridge Oval, Bldg.13
Brooklyn, OH 44144-3262
Telephone: (614) 648-6009
Fax: (216) 600-5494
tksquire13@gmail.com

Benjamin R. Powell (admitted *pro hac vice*)
Gerald S. Flanagan (admitted *pro hac vice*)
CONSUMER WATCHDOG
6330 San Vicente Blvd., Ste. 250
Los Angeles , CA  90048
Telephone:  310-392-0522
Fax: 310-392-8874
Email:Ben@consumerwatchdog.Org
Email:Jerry@consumerwatchdog.Org

*Attorneys for Plaintiffs John Doe One, Two, Three and the Proposed Class*

4

By:   /s/ *Donald M. Houser (per email authorization)*

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
Matthew L.J.D. Dowell (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: 404-881-7434
Fax: 404-881-7777
kristy.brown@alston.com
donald.houser@alston.com
matt.dowell@alston.com

Robert G. Cohen (0041707)
KEGLER BROWN HILL + RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Phone: 615-462-5492
Fax: 614-462-2634
rcohen@keglerbrown.com

*Attorneys for Caremark, L.L.C.*

By:   /s/ *Megan Poetzel (per email authorization)*

John H. Mathias, Jr. (admitted pro hac vice)
David M. Kroeger (admitted pro hac vice)
Megan B. Poetzel (admitted pro hoc vice)
Jory M. Hoffman (admitted pro hoc vice)
Jenner & Block
353 N. Clark Street
Chicago, IL 60654
Telephone: 312.222.9350
Facsimile: 312.527.0484
E-mail: jmathiasjenner.corn
dkroegerjenner.com
mpoetzeljenner,com

James B. Hadden (0059315)
Murray Murphy Moul ± Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: hadden@mmmb.com

*Attorneys for Defendants Fiserv, Inc. and Fiserv Solutions, LLC*

5

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed via the Court's ECF system and was thereby served on all parties.

By: /s/ *Michael J. Boyle, Jr.*
Michael J. Boyle, Jr.

*One of the Attorneys for Plaintiffs*