UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE ONE; *et al.*,
On behalf of themselves and
all similarly situated individuals;
    Plaintiffs,

v.

CVS HEALTHCARE CORPORATION,
*et al.*,
    Defendants.

and

JOHN DOE ONE,
Individually and on behalf
of all others similarly situated,
    Plaintiffs,

v.

CAREMARK, LLC,
    Defendant.

Case No. 2:18-cv-238
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

Case No. 2:18-cv-488
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER GRANTING MOTION TO AMEND SCHEDULE IN ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

Currently pending before the Court is the parties' Joint Motion to Amend the Schedule in the Order Granting Preliminary Approval of Settlement. (*John Doe One, et al. v. CVS Healthcare Corp., et al.* No. 2:18-cv-238 ["*Doe I*"] ECF No. 92; *John Doe One v. Caremark, LLC*, No. 2:18-cv-488 ["*Doe II*"] ECF No. 70). For good cause shown, the parties' joint Motion (*Doe I* ECF No. 92; *Doe II* ECF No. 70) is **GRANTED**. The September 27, 2019 Order Granting Preliminary Approval of Class Action Settlement is hereby **AMENDED** to set the following schedule:

| Event | Deadline |
|---|---|
| Mailing of notice of settlement | 10/21/2019 |
| Publication notice deadline | 10/21/2019 |
| Activation of settlement website | 10/21/2019 |
| Posting of notice on counsel's websites | 10/21/2019 |
| Administrator's declaration re: notice | 12/5/2019 |
| Opt-out deadline | 12/20/2019 |
| Claims deadline | 12/20/2019 |
| Motions for final approval and fees | 12/7/2019 |
| Objections to final approval motion | 12/20/2019 |
| Replies in support of final approval motion | 1/6/2020 |
| Notice of intention to appear at hearing | 1/6/2020 |
| Final approval hearing | January 14, 2020 at 10:00 a.m. |

The final approval hearing is scheduled for **January 14, 2020 at 10 a.m.**

**IT IS SO ORDERED.**

___10-4-2019___
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

2