# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOHN DOE ONE; JOHN DOE TWO; and JOHN DOE THREE**, on behalf of themselves and all similarly situated individuals, *Plaintiffs,* v. **CAREMARK, L.L.C.; FISERV, INC.; FISERV SOLUTIONS, LLC;** and **DEFENDANTS DOES 1–10,** *Defendants*. | **Case No. 2:18-cv-238** <br> **Chief Judge Edmund A. Sargus, Jr.** <br> **Magistrate Judge Chelsey M. Vascura** |
| **JOHN DOE**, individually and on behalf of all others similarly situated, *Plaintiff,* v. **CAREMARK, L.L.C.,** *Defendant*. | **Case No. 2:18-cv-488** <br> **Chief Judge Edmund A. Sargus, Jr.** <br> **Magistrate Judge Chelsey M. Vascura** |

## NOTICE OF FILING DECLARATION FROM SETTLEMENT ADMINISTRATOR

Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement and Entering Qualified Protective Order (ECF No. 91) and the Court's Order Granting Motion to Amend Schedule in Order Granting Preliminary Approval of Settlement (ECF No. 93), Plaintiffs and Defendant Caremark, L.L.C. file the attached declaration from the Settlement Administrator confirming that notice was provided in accordance with terms of the Settlement Agreement.

| | |
|---|---|
| Dated: December 5, 2019 | Respectfully submitted,<br><br>By:　/s/ *Matthew L.J.D. Dowell*<br><br>Robert G. Cohen (0041707)<br>Brendan P. Feheley (0079107)<br>KEGLER BROWN HILL + RITTER CO., LPA<br>65 East State Street, Suite 1800<br>Columbus, Ohio 43215<br>Phone: 615-462-5492<br>Fax: 614-462-2634<br>rcohen@keglerbrown.com<br><br>Kristine M. Brown (admitted pro hac)<br>Donald M. Houser (admitted pro hac)<br>Matthew L.J.D. Dowell (admitted pro hac)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: 404-881-7434<br>Fax: 404-881-7777<br>kristy.brown@alston.com<br>donald.houser@alston.com<br>matt.dowell@alston.com<br><br>*Attorneys for Caremark, L.L.C.*<br><br>By:　/s/ *Matthew R. Wilson (per email authorization)*<br><br>MEYER WILSON CO., LPA<br>David P. Meyer (0065205)<br>Email: dmeyer@meyerwilson.com<br>Matthew R. Wilson (0072925)<br>Email:  mwilson@meyerwilson.com<br>Michael J. Boyle, Jr. (0091162)<br>Email: mboyle@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 819-8230<br><br>LAMBERT LAW FIRM, LLC<br>Marnie C. Lambert (0073054)<br>4889 Sawmill Road, Suite 125 |

Columbus, OH 43235
Telephone:  (888) 203-7833
Facsimile:  (888) 386-3098

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (*pro hac vice*)
Email: lking@kaplanfox.com
Matthew B. George (*pro hac vice*)
Email: mgeorge@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707

Joel B. Strauss (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
Email:  jstrauss@kaplanfox.com

*Attorneys for Plaintiff John Doe and the Proposed Class*


By:   /s/ *Henry Quillen (per email authorization)*

WHATLEY KALLAS LLP
HENRY QUILLEN (admitted *pro hac vice*)
JOE R. WHATLEY (admitted *pro hac vice*)
EDITH M. KALLAS (admitted *pro hac vice*)
1180 Avenue of the Americas
20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Fax: (800) 922-4851
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

ALAN M. MANSFIELD (admitted *pro hac vice*)
206 Park Blvd. Suite 603
San Diego, CA 92101
Telephone: (858) 674-6641
Fax: (855) 274-1888
amansfield@whatleykallas.com

Terry L. Kilgore

1113 Northridge Oval, Bldg.13
Brooklyn, OH 44144-3262
Telephone: (614) 648-6009
Fax: (216) 600-5494
tksquire13@gmail.com

Benjamin R. Powell (admitted *pro hac vice*)
Gerald S. Flanagan (admitted *pro hac vice*)
CONSUMER WATCHDOG
6330 San Vicente Blvd., Ste. 250
Los Angeles , CA  90048
Telephone:  310-392-0522
Fax: 310-392-8874
Email:Ben@consumerwatchdog.Org
Email:Jerry@consumerwatchdog.Org
*Attorneys for Plaintiffs John Doe One, Two, Three and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed via the Court's ECF system and was thereby served on all parties.

By: /s/ *Matthew L.J.D. Dowell*
Matthew L.J.D. Dowell