# Exhibit 1

*Settlement Class Opt-Outs*

1. Class Member ID 3108311JQ5NHX